RICHARD M. WILLIAMS (SBN 68032)
ROPERS, MAJESKI, KOHN & BENTLEY
80 North First Street
San Jose, CA 95113
Telephone:   (408) 287-6262
Facsimile:   (408) 918-4501

*E-FILED 4/17/07*

Attorneys for Defendants
KELLY M. LAUGHRIN, an individual;
CAMPBELL, WARBURTON, FITZSIMMONS,
SMITH, MENDELL & PASTORE, a Professional
Corporation, a California corporation

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

NEW AMSTERDAM PROJECT
MANAGEMENT HUMANITARIAN
FOUNDATION, a Dutch non-profit
corporation,

   Plaintiff,

v.

KELLY M. LAUGHRIN, an individual;
CAMPBELL, WARBURTON,
FITZSIMMONS, SMITH, MENDELL &
PASTORE, A PROFESSIONAL
CORPORATION, a California corporation;
and DOES 1 through 25,

   Defendants.

CASE NO. C07 00935 HRL

**DECLARATION OF RICHARD M. WILLIAMS IN SUPPORT OF STIPULATED REQUEST FOR ORDER CHANGING TIME**

I, RICHARD M. WILLIAMS, declare:

1. I am counsel for all named defendants in the above-referenced action. I have personal knowledge of the facts stated in this Declaration.

2. I was retained to represent said defendants on or about Friday, April 13, 2007.

3. The date for a responsive pleading to be filed on behalf of my clients is Tuesday, April 17, 2007.

4. There have been no previous time modifications or extensions in this case.

5. I have requested, and counsel representing plaintiff has agreed to, a two week

SJ/390817 1/DB

CASE NO. C07 00935-HRL

1 extension for the filing of a responsive pleading on behalf of my clients to and including Tuesday, May 1, 2007.

2. 

3.     6.     To my knowledge, no date, event or deadline already fixed by Court Order would be effected by this extension, nor would any date, event or deadline provided for in the Local Rules be extended.

I declare under penalty of perjury under the laws of the State of California that the foregoing is true to the best of my information and belief and that this declaration is executed on April 17, 2007, at San Jose, California.

_____
RICHARD M. WILLIAMS

## ORDER

The Court having reviewed the Declaration of counsel, and deeming it to be an unopposed motion under Civil L. R. 6-3,

IT IS HEREBY ORDERED that the requested extension be granted and that the time for defendants to respond to the Complaint is extended to May 1, 2007.

Dated: 4/17/07

_____
HOWARD R. LLOYD
MAGISTRATE JUDGE OF THE UNITED STATES DISTRICT COURT

Ropers Majeski Kohn & Bentley
A Professional Corporation
San Jose