RICHARD M. WILLIAMS (SBN 68032)
J. MARK THACKER (SBN: 157182)
ROPERS, MAJESKI, KOHN & BENTLEY
50 W. San Fernando Street, Suite 1400
San Jose, CA 95113
Telephone: (408) 287-6262
Facsimile: (408) 918-4501

Attorneys for Defendants
KELLY M. LAUGHRIN and CAMPBELL,
WARBURTON, FITZSIMMONS, SMITH,
MENDELL & PASTORE

*e-filed 7/18/08*

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| NEW AMSTERDAM PROJECT MANAGEMENT HUMANITARIAN FOUNDATION, a Dutch non-profit corporation,<br><br>Plaintiff,<br><br>v.<br><br>KELLY M. LAUGHRIN, CAMPBELL, WARBUTON, FITZSIMMONS, SMITH, MENDELL & PASTORE, a California corporation; and DOES 1 through 25,<br><br>Defendants. | CASE NO. 5:07-cv-00935-JF<br><br>**STIPULATION AND ORDER RE: INTERIM ORDER ON PLAINTIFF'S MOTIONS TO COMPEL DISCOVERY** |

The parties, by and through their respective counsel, hereby agree and stipulate as follows:

1. The Court has issued an Interim Order on Plaintiff's Motions to Compel Discovery requiring, among other things, the submission by Defendants on or before July 23, 2008 of a complete and revised privilege log, and a declaration by the author of the handwritten notes appearing on Plaintiff's Exhibit 47 (Document No. CAM00056).

2. Both Nicholas Pastore, Shareholder and President/Secretary of Defendant CAMPBELL, WARBURTON, and Michael Fitzsimmons, Shareholder and Vice-President/Treasurer of Defendant CAMPBELL, WARBURTON and author of the handwritten notes on Plaintiff's Exhibit 47, will be on vacation and unavailable to consult with respect to the

matters required for submission to the Court by the Interim Order until July 28, 2008 and July 25, 2008, respectively.

3. Plaintiff's counsel has agreed to an extension of the deadlines for Defendants to comply with the Court's Interim Order on the condition that all deadlines be extended, in order to avoid the potential unfairness and being placed in a strategically disadvantageous position.

4. Based on the foregoing, the parties stipulate to the following: (1) The privilege log and declaration required by the Court's Interim Order shall be submitted not later than August 1, 2008. (2) Defendants shall produce all documents initially withheld on the basis of third party privacy rights on or before August 1, 2008. (3) Plaintiff's supplemental brief on the issues of "business advice" and the necessity for a showing that the attorney knew the client was using his services to commit a crime or fraud, shall be submitted not later than August 1, 2008, and Defendant's reply shall be submitted not later than August 8, 2008. (4) Plaintiff may identify additional exhibits in support of its submission that Defendants were retained to aid Margaret Laughrin's fraudulent activities not later than August 1, 2008.

Dated: July 18, 2008

ROPERS, MAJESKI, KOHN & BENTLEY

By _____
J. MARK THACKER
Attorneys for Defendants

Dated: July 18, 2008

DEMPSEY & JOHNSON, P.C.

By _____
STEPHEN C. JOHNSON
Attorneys for Plaintiff

**ORDER**

**IT IS ORDERED:**

Dated: 7/18/08

_____
HON. HOWARD R. LLOYD
UNITED STATES MAGISTRATE JUDGE