* E-filed 8/6/08*

NOT FOR CITATION

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| NEW AMSTERDAM PROJECT MANAGEMENT HUMANITARIAN FOUNDATION, a Dutch non-profit corporation,<br><br>Plaintiff,<br><br>v.<br><br>KELLY M. LAUGHRIN, et al.<br><br>Defendants.<br>_____/ | No.07-00935-JF (HRL)<br><br>**SECOND INTERIM ORDER ON PLAINTIFF'S MOTIONS TO COMPEL DISCOVERY**<br><br>**[Re Docket Nos. 29, 30, 31, 32, 33.]** |

On August 1, 2008, the defendants filed a revised privilege log in compliance with this court's interim order. Docket Number 52. Plaintiff shall file any objections it has to the revised privilege log by August 12, 2008. Defendants must file any response by August 15, 2008.

**IT IS SO ORDERED.**

Dated: 8/6/08

_____
HOWARD R. LLOYD
UNITED STATES MAGISTRATE JUDGE

THIS SHALL CERTIFY THAT A COPY OF THIS ORDER WILL BE SENT TO:

Heather Noelte   hnoelte@dempseyjohnson.com

John Mark Thacker jthacker@ropers.com

* Counsel are responsible for providing copies of this order to co-counsel.

Dated:    8/6/08

                                            /s/ MPK
                                 Chambers of Magistrate Judge Lloyd

**United States District Court**
For the Northern District of California