Case 5:07-cv-00935-JF Document 68-29 Filed 08/29/08 Page 1 of 3

STEPHEN C. JOHNSON (State Bar No. 145210)
HEATHER M. NOELTE (State Bar No. 180243)
DEMPSEY & JOHNSON P.C.
1880 Century Park East, Suite 516
Los Angeles, California 90067-1605
Telephone: (310) 551-2300
Facsimile: (310) 551-2301
scjohnson@dempseyjohnson.com
hnoelte@dempseyjohnson.com

\*\*E-Filed 9/3/08\*\*

Attorneys for Plaintiff, NEW AMSTERDAM PROJECT MANAGEMENT HUMANITARIAN FOUNDATION

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| NEW AMSTERDAM PROJECT MANAGEMENT HUMANITARIAN FOUNDATION,<br><br>Plaintiff,<br><br>v.<br><br>KELLY M. LAUGHRIN, CAMPBELL, WARBUTON, FITZSIMMONS, SMITH, MENDELL & PASTORE and DOES 1 through 25,<br><br>Defendants. | CASE NO.: C07-00935 JF (HRLx)<br><br>~~PROPOSED~~ ORDER |

---

PROPOSED ORDER

S:\35099\004\HMN082781P-PROP-ORDER.DOC

[PROPOSED] ORDER

Good cause appearing therefore:

IT IS HEREBY ORDERED that the Case Management Conference currently set for September 5, 2008 is hereby continued to October 10, 2008 at 10:00 a.m.

DATED: 9/3/08

By: /s/ Jeremy Fogel
HON. JEREMY FOGEL
JUDGE OF THE
UNITED STATES DISTRICT COURT

2
STIPULATION AND PROPOSED ORDER

S:\35099\004\HMN082781P-PROP-ORDER.DOC

## PROOF OF SERVICE

**STATE OF CALIFORNIA, COUNTY OF LOS ANGELES**

I am employed in the County of Los Angeles, State of California; I am over the age of 18 years and am not a party to the within action. I am employed by the law firm of Dempsey & Johnson, located at 1880 Century Park East, Suite 416, Los Angeles, California 90067,

On August 29, 2008, I served the foregoing document(s) described as **PROPOSED ORDER** by enclosing the document(s) in a sealed envelope addressed as follows:

Richard M. Williams, Esq.
Mark Thacker, Esq.
Ropers, Majeski, Kohn & Bentley
80 North First Street
San Jose, CA 95113

☐ **BY FEDERAL EXPRESS:** I enclosed the documents in an envelope or package provided by Federal Express and addressed to the person[s] at the [ABOVE ADDRESS/ADDRESSES ON ATTACHED SERVICE LIST]. I placed the envelope or package for collection and overnight delivery at an office or a regularly utilized drop box of the overnight delivery carrier.

☒ **BY MAIL:** I am readily familiar with the business's practice of collection and processing of documents for mailing with the United States Postal Service and that the documents are deposited in the United States Postal Service the same day as the day of collection in the ordinary course of business. The sealed envelope with postage thereon fully prepaid was placed for collection and mailing on the above date following ordinary business practices.

☐ **BY FAX TRANSMISSION:** Based on an agreement of the parties to accept service by fax transmission, I faxed the documents to the person[s] at the fax numbers [ABOVE/ON ATTACHED SERVICE LIST]. No error was reported by the fax machine that I used. A copy of the record of the fax transmission, which I printed out, is attached.

☒ **(Federal)** I declare that I am employed in the office of a member of the State Bar of this Court at whose direction the service was made. I declare under penalty of perjury under the laws of the United States of America that the above is true and correct.

Executed on August 29, 2008, at Los Angeles, California.

_Myrna Yzaguirre_
Type or Print Name                                    Signature