United States District Court

For the Northern District of California

1

2                                                                  * E-filed 10/21/08*

3

4

5

6

7                                        NOT FOR CITATION

8                             UNITED STATES DISTRICT COURT

9                    FOR THE NORTHERN DISTRICT OF CALIFORNIA

10                                       SAN JOSE DIVISION

11

12   NEW AMSTERDAM PROJECT                      No.07-00935-JF (HRL)
     MANAGEMENT HUMANITARIAN
     FOUNDATION, a Dutch non-profit corporation,   **ORDER ON PLAINTIFF'S EMERGENCY**
13                                              **MOTION FOR CLARIFICATION OR**
          Plaintiff,                            **RECONSIDERATION OF THE THIRD**
14                                              **INTERIM ORDER.**

15   v.

16   KELLY M. LAUGHRIN, et al.

          Defendants.
17
     _____/
18

19        In the October 15, 2008 interim order, this court found that plaintiff had not met the

20   burden of proof required to vitiate claims of privilege.  *See In re Napster, Inc. Copyright*

21   *Litigation*, 479 F.3d 1078, 1094-95 (9th Cir. 2007) (imposing a preponderance of the evidence

22   standard ). Rather than dismiss plaintiff's crime-fraud exception argument outright, the

23   undersigned ordered defendants to produce documents for an *in camera* review based on the

24   lesser showing plaintiff had made. Production of documents was ordered by October 21, 2008.

25        Late in the day on October 20, plaintiff filed an "Emergency Motion for Clarification, or

26   in the Alternative, Reconsideration of the Court's Third Interim Order on Plaintiff's Motions to

27   Compel Discovery. It appears that plaintiff is unhappy with the court's plan to review only

28   *withheld* documents before making its determination of whether to apply the crime-fraud

     exception. Plaintiff correctly points out that defendants have made an additional production of

1   documents since it generated its court-ordered factual submission on the crime-fraud exception.

2   Because the court ordered defendants to only produce those documents that they continue to

3   withhold, plaintiff may submit any <u>documents not previously filed</u> that it believes supports

4   application of the crime-fraud exception. Plaintiff must produce any such documents not later

5   than October 25, 2008.

6

7       **IT IS SO ORDERED.**

8

9   Dated: 10/21/08

    _____
    HOWARD R. LLOYD
    UNITED STATES MAGISTRATE JUDGE

**United States District Court**
For the Northern District of California

10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

2

**United States District Court**

For the Northern District of California

1  THIS SHALL CERTIFY THAT A COPY OF THIS ORDER WILL BE SENT TO:

2  Heather Noelte   hnoelte@dempseyjohnson.com

3  John Mark Thacker jthacker@ropers.com

4

5  * Counsel are responsible for providing copies of this order to co-counsel.

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28