*E-filed 10/31/08*

NOT FOR CITATION

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| NEW AMSTERDAM PROJECT MANAGEMENT HUMANITARIAN FOUNDATION, a Dutch non-profit corporation,<br><br>Plaintiff,<br><br>v.<br><br>KELLY M. LAUGHRIN, et al.<br><br>Defendants.<br>_____/ | No.07-00935-JF (HRL)<br><br>**ORDER ON DEFENDANTS' REQUEST FOR LEAVE TO FILE RESPONSIVE PLEADING.** |

In response to plaintiff's "Emergency Motion for Clarification, or in the Alternative, Reconsideration of the Court's Third Interim Order on Plaintiff's Motions to Compel Discovery," the court permitted plaintiff to submit any <u>documents not previously filed</u> that it believed supported application of the crime-fraud exception. Plaintiff filed a substantial number of exhibits, along with a 7-page document that appears to be additional argument. Defendants now move for leave to file a response.

//

//

//

//

1  The court takes a dim view of the presumptuousness of plaintiff's counsel, but will allow
2  additional written argument in the interest of justice. Defendants may respond to not later than
3  November 7, 2008.

**IT IS SO ORDERED.**

Dated: 10/31/08



HOWARD R. LLOYD
UNITED STATES MAGISTRATE JUDGE

**United States District Court**
For the Northern District of California

1  THIS SHALL CERTIFY THAT A COPY OF THIS ORDER WILL BE SENT TO:

2  Heather Noelte   hnoelte@dempseyjohnson.com

3  John Mark Thacker jthacker@ropers.com

4

5  * Counsel are responsible for providing copies of this order to co-counsel.

6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28