1
2
3
4
5
6
7

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| NEW AMSTERDAM PROJECT MANAGEMENT HUMANITARIAN FOUNDATION, a Dutch non-profit corporation | CASE NO.: C07-00935 JF (HRLx |
| Plaintiff, | [PROPOSED ORDER] REMOVING STEPHEN C. JOHNSON, HEATHER M. NOELTE AND DEMPSEY & JOHNSON P.C. FROM THE ECF REGISTRY IN THE INSTANT ACTION |
| v. | |
| KELLY M. LAUGHRIN, CAMPBELL, WARBURTON, FITZSIMMONS, SMITH, MENDELL & PASTORE a California corporation; and DOES 1 through 25, | |
| Defendants. | |

DEMPSEY & JOHNSON P.C.

ORDER REMOVING DEMPSEY & JOHNSON P.C. FROM ECF REGISTRY

1   Plaintiff New Amsterdam Project Management Humanitarian Foundation

2   ("NAF") has retained the firm of Weston, Garrou, Walters & Mooney to represent it

3   in the above-entitled action.

4       ACCORDINGLY IT IS HEREBY ORDERED THAT NAF's former attorneys,

5   Stephen C. Johnson, Heather M. Noelte and Dempsey & Johnson P.C., be removed

6   from the ECF Registry in the case of <u>New Amsterdam Project Management</u>

7   <u>Humanitarian Foundation</u> v. <u>Kelly M. Laughrin, Campbell, Warburton, Fitzsimmons,</u>

8   <u>Smith, Mendell & Pastore,</u> Case No. C07-00935 JF (HRLx).

9

10      IT IS SO ORDERED.

11

12  DATED:   4/22/09                    BY: 

13                                       Hon. JEREMY FOGEL

14                                       United States District Judge

15

16

17  <u>SUBMITTED BY</u>:

18  DEMPSEY & JOHNSON P.C.

19  Stephen C. Johnson (State Bar No. 145210)

20  Heather M. Noelte (State Bar No. 180243)

21  1880 Century Park East, Suite 516

22  Los Angeles, CA 90067

23  Counsel for plaintiff, New Amsterdam Project Management Humanitarian Foundation

24

25

26

27

28

DEMPSEY & JOHNSON P.C.

**PROOF OF SERVICE**

STATE OF California,

COUNTY OF Los Angeles

I am employed in the County of Los Angeles, State of California; I am over the age of 18 years and am not a party to the within action. I am employed by the law firm of Dempsey & Johnson, located at 1880 Century Park East, Suite 416, Los Angeles, California 90067,

On April 21, 2009, I served the foregoing document(s) described as **[PROPOSED ORDER] REMOVING STEPHEN C. JOHNSON, HEATHER M. NOELTE AND DEMPSEY AND JOHNSON P.C. FROM THE ECF REGISTRY** by enclosing the document(s) in a sealed envelope addressed as follows:

Richard M. Williams, Esq.
Mark Thacker, Esq.
Ropers, Majeski, Kohn & Bentley
50 West San Fernando Street
Suite 1400
San Jose, CA 95113

Jerome H. Mooney, Esq.
Weston, Garrou, Walters & Mooney
12121 Wilshire Boulevard, Suite 900
Los Angeles, CA 90025

☐   **(BY MAIL):**I am readily familiar with the business's practice of collection and processing of documents for mailing wit the United States Postal Service and that the documents are deposited in the United states Postal Service the same day as the day of collection in the ordinary course of business. The sealed envelope with postage thereon fully prepaid was placed for collection and mailing on the above date following ordinary business practices.

☒   **(Federal)**   I declare that I am employed in the office of a member of the State Bar of this Court at whose direction the service was made. I declare under penalty of perjury under the laws of the United States of America that the above is true and correct.

Executed on April 21, 2009, at Los Angeles, California.

MYRNA YZAGUIRRE
Type or Print Name

Signature

i